IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01793-JLK-KLM

SCOTSMAN INDUSTRIES, INC., and
MILE HIGH EQUIPMENT LLC,

    Plaintiffs and Counter Defendants,

v.

JOHN A. BROADBENT,

    Defendant and Counter Claimant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on Plaintiff's **Motion for Entry of Stipulated Protective Order** [Docket No. 34; Filed July 3, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#34-1] supplied by Plaintiffs is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: July 8, 2012