IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-1793-JLK**

**SCOTSMAN INDUSTRIES, INC.,** and
**MILE HIGH EQUIPMENT, LLC,**

    Plaintiffs,

v.

**JOHN A. BROADBENT,**

    Defendant.

## ORDER

Kane, J.

    Before me is the parties' Stipulated Joint Motion to Dismiss Complaint and Counterclaims, Doc. 60. The parties request I dismiss all claims asserted in Plaintiff's Complaint and in Defendant's Counterclaims with prejudice per the terms of a private Settlement Agreement dated March 5, 2013 and to retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement. I decline to grant the Motion, because I will not retain jurisdiction to enforce a Settlement Agreement with terms unbeknownst to the Court. The parties are ordered to supplement their Motion to Dismiss by filing the Settlement Agreement. Should the parties wish to preserve the confidentiality of their Settlement Agreement, I grant leave for it to be filed under seal.

DATED:    April 4, 2013        BY THE COURT:

                                          */s/John L. Kane*
                                          U.S. Senior District Judge