IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-1793-JLK**

**SCOTSMAN INDUSTRIES, INC.,** and
**MILE HIGH EQUIPMENT, LLC,**

    Plaintiffs,

v.

**JOHN A. BROADBENT,**

    Defendant.

---

## ORDER DISMISSING ACTION WITH PREJUIDICE

---

Kane, J.

Having reviewed parties' Second Stipulated Joint Motion to Dismiss Complaint and Counterclaims, Doc. 63, it is HERBY ORDERED that all claims asserted in Plaintiff's Complaint, Doc. 1, and in Defendant's Counterclaim, Doc. 16, are DISMISSED WITH PREJUIDICE, each party to bear his or its own costs and attorney fees.

DATED:  April 10, 2013          BY THE COURT:

                                                    */s/John L. Kane*
                                                    U.S. Senior District Judge